IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| JEFFERY LYNN INGISON, #2065460 | § | |
| --- | --- | --- |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:17-CV-00487-JRG-RSP |
| | § | |
| WYONE MANES, | § | |
| | § | |
| *Defendant*. | § | |

## JUDGMENT

Before the Court is the Report & Recommendation [Dkt. No. 14] by Magistrate Judge Payne, which recommends that Plaintiff Jeffery Ingison's civil rights action against Upshur County Justice of the Peace Wyone Manes be dismissed. Having considered the matter *de novo* and finding the objections to be without merit,

IT IS ORDERED AND ADJUDGED that the Report & Recommendation [Dkt. No. 14] is hereby ADOPTED. Accordingly, Plaintiff's civil rights lawsuit is DISMISSED.

**So ORDERED and SIGNED this 7th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1